UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                       :

TRUSTEES FOR THE MASON TENDERS    :
DISTRICT COUNCIL WELFARE FUND,    :
PENSION FUND, ANNUITY FUND, AND   :
TRAINING PROGRAM FUND, *et al.*,        :                  24-cv-8982 (VSB)
                                                                      :
                                 Petitioners,    :                          **ORDER**
                                                                       :
              -v-                                          :
                                                                       :
TRIANGLE ENTERPRISES NYC, INC.,   :
                                                                       :
                                  Respondent.   :
                                                                        :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       This case has been assigned to me for all purposes. On November 25, 2024, Petitioners filed a complaint seeking to confirm an arbitration award. On January 7, 2025, Petitioners have docketed an affidavit of service. (Doc. 6.)

       Proceedings to confirm or to vacate arbitration awards must be "treated as akin to a motion for summary judgment." *See D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

       ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition for confirmation by June 16, 2025. Respondent's opposition, if any, is due by July 14, 2025. Petitioners' reply, if any, is due by July 28, 2025.

       IT IS FURTHER ORDERED that Petitioners shall serve a copy of this Order on

Respondent and file an affidavit on ECF certifying that such service has been effected.

SO ORDERED.

Dated: May 14, 2025
      New York, New York

*[signature: Vernon Broderick]*

Vernon S. Broderick
United States District Judge